## Elijah Chamberlain et al. vs. Abraham G. Gurney, et al.

Execution will be perpetually stayed, on motion, where defendant has been discharged from the debt under the bankrupt law.

*Motion by defendant Abraham G. Gurney for a perpetual stay of execution.*—The defendant Abraham G. Gurney was discharged under the bankrupt law, after the judgment in this cause was obtained; the plaint-

iffs were notified of his proceedings at the time. In August last, (after his discharge) an execution was issued and levied upon his personal property, acquired after his discharge. The plaintiffs' attorney stated that he had no notice at the time of issuing the execution, that Abraham G. Gurney had been discharged.

P. CAGGER, *Defts Counsel.*      TALLMAN & DEAN, *Defts Attys*
S. STEVENS, *Plffs Counsel.*      WM. MULOCK, *Plffs Atty.*

BEARDSLEY, Justice.—Granted the motion on payment of costs of opposing.